IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 JUL 26 A 9: 32

Tangela L. Denman
Full name and prison number of plaintiff(s)

v.

Coosa County jail

_____

_____

Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:05cv684-T
(To be supplied by the Clerk of the U.S. District Court)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
          Plaintiff(s) _____
          
          Defendant(s) _____
          
      2.  Court (if federal court, name the district; if state court, name the county)
          _____
          
      3.  Docket No. _____
      
      4.  Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Coosa County jail _____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Coosa County jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS (256) 377-2211 |
|---|---|---|
| 1. | Coosa County jail | P.O. Box 279 Rockford Al. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ~~Jan~~ 2002 last Time dated July 18, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: discrimination ~~females can't be trustee the officer got to switch us because of one female done before~~

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
Sgt Bradley here in Coosa County jail during day shift. He flat told me I couldn't be a trustee because of what Jaye Tuck done while she was trustee I think in late 2002 + 2003 maybe 04 don't remember

GROUND TWO: If I have any to do with it you won't ~~ever get on the trail~~ discrimination

SUPPORTING FACTS: Sgt. Bradley told me if he had anything to do with me becoming trustee I'd never get on the hall

GROUND THREE: ~~women can't be~~ a trustee discrimination

SUPPORTING FACTS: Almost every one of the officers have told me women can't be trustee no matter what

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To try and make women to be able to become trustees or go to work. Released or to be able to go to school. The only thing women can do in this jail is sit in D-Block + do nothing. We have no law library either. Do as you see fit to do.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 21, 2005
              (date)

_____
Angela A. Denma
Signature of plaintiff(s)

-3-