IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TANGELA L. DENMAN | * |
|     Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-684-T |
| | (WO) |
| COOSA COUNTY JAIL | * |
|     Defendant. | * |

**ORDER**

Plaintiff is incarcerated in the Coosa County Jail located in Rockford, Alabama. She files the instant 42 U.S.C. § 1983 action alleging a violation of her Fourteenth Amendment right to right to equal protection. Plaintiff names the Coosa County Jail as the sole defendant.

Plaintiff's complaint has been accepted for filing. However, her complaint against the Coosa County Jail may not go forward as this entity is not subject to suit or liability in a complaint filed under 42 U.S.C. § 1983. *See Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992). Accordingly, before further proceedings in this matter are conducted, the court deems it appropriate to direct Plaintiff to amend her complaint to name the defendant(s) responsible for the alleged violation of her constitutional rights.

*Pro se* complaints are held to a less stringent standard than those drafted by attorneys, and a complainant who submits an unartfully plead action which contains a potentially

cognizable claim should be given the opportunity to particularize her complaint in order to define her issues and to name proper defendants. *See Johnson v. Silver*, 742 F.2d 823, 825 (4th Cir. 1984). Where, as here, Plaintiff may have stated a colorable federal claim, but has failed to provide the information addressed above, she shall be granted an opportunity to particularize her complaint in order to furnish those details. The complainant is cautioned that her failure to file an amended complaint in compliance with the directives contained in this Order will result in the dismissal of her complaint without further notice from this court.

Accordingly, it is

ORDERED that on or before August 11, 2005 Plaintiff shall file an amendment to her complaint as directed herein. Plaintiff is forewarned that her failure to file an amended complaint in compliance with the directives contained in this order will result in a Recommendation that this action be dismissed without further notice from the court.

Done this 28th day of July, 2005.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE