To whom it may concern,   Friday, July 29, 2005

RECEIVED
2005 AUG -2 A 10: 58
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

The letters I received today Civil Action No. 2:05-cv-684-T informed me that I need to give the names of the ones responsible for the violation of my Constitutional Rights.

I need the paper I have to put the names on; so I can do this before the 11th of Aug.

I'm sending a list of names on this incase it will work. If not please send right paper soon.

1. Al. Bradley
2. Wendy Roberson
3. Sheriff Ricky Owens
4. Jim Lipscomb

Thank you for your time in this matter. Thank you.

Sincerely,
Vangela L. Norman