**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Ricky Owens
    Coosa County Jail
    P.O. Box 279
    Rockford, AL 3536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)
Joan Ashworth

C. Date of Delivery
8-5-5

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

2:05CV 684-T
c, Amd cmp + o 40

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service _____)
7005 1160 0001 3017 3867

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Al Bradley
    Coosa County Jail
    P.O. Box 279
    Rockford, AL 3536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Al Ashworth_   ☐ Agent  ☑ Addressee

B. Received by (Printed Name): Van Ashworth
C. Date of Delivery: 8-5-5

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:05CV684-T
C, And cmp + D  ④

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 3843

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Dan Ashworth_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Dan Ashworth    8-5-5

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

2:05CV684-T
C, Amdt + O    40

1. Article Addressed to:

Wendy Roberson
Coosa County Jail
P.O. Box 279
Rockford, AL 3536

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0001 3017 3850

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tim Libscomb
   Coosa County Jail
   P.O. Box 279
   Rockford, AL 3536

2. Article Number
   (Transfer from service label)    7005 1160 0001 3017 3836

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Joan Ashworth_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
   Joan Ashworth    8-5-8

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

   2:05CV 684-T
   cmp. and cmp s a    (40)

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Domestic Return Receipt    102595-02-M-1540