To whom it may concern,

RECEIVED
2005 AUG 15 A 9:34 10-05

This letter is to inform you that I have been moved to another place. I've been move to Hope Haber in Anniston, Al.

My address is Tangela L. Denman
1831 Noble St
Anniston, Al. 36201

Thank you for your time in this matter

Sincerly,
Tangela L. Denman

2:05-cv-684