IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **TANGELA L. DENMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-684-MHT-CSC |
| | ) |
| **COOSA COUNTY JAIL, et al.,** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO STAY PROCEEDINGS
## PENDING RULING ON REPORT AND RECOMMENDATIONS

COME NOW the Defendants, Coosa County Jail, Corporal Al Bradley, Jail Administrator Wendy Roberson, Sheriff Ricky Owens, and Corporal Tim Lipscomb, and move this Court to stay the proceedings in this pending a ruling on the Magistrate Judge's Report and Recommendations entered on August 4, 2005, and August 16, 2005. As grounds therefor, the Defendants state as follows:

1. This Court entered an Order for the Defendants to file an Answer and Special Report on or before September 13, 2005.

2. On August 4, 2005, Magistrate Judge Charles S. Coody, entered a Report and Recommendation that the Plaintiff's claims against the Coosa County Jail be dismissed with prejudice prior to service and that the Coosa County Jail be dismissed as a party to this Complaint.

3. On August 16, 2005, Magistrate Judge Charles S. Coody entered a Report and Recommendation that this Complaint be dismissed as moot since a more favorable decision on the merits would not entitled Plaintiff to any additional relief.

4. The Plaintiff's time to object to the August 4, 2005 Report and Recommendation has now expired, with no objections having been filed. In addition, the Plaintiff's time to object to the August 16, 2005, Report and Recommendation has now expired, with no objections having been filed.

5. In the interest of judicial economy, the Defendants request a stay of the filing of their Special Report and Answer, pending a ruling on the Recommendations of the Magistrate Judge.

WHEREFORE, PREMISES CONSIDERED, Defendants move this Court to stay the proceedings pending a ruling on the Magistrate Judge's Report and Recommendations.

Respectfully submitted this 2nd day of September, 2005.

> s/Kelly Gallops Davidson
> KELLY GALLOPS DAVIDSON  Bar No. DAV110
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive
> P.O. Box 240909
> Montgomery, Alabama  36124
> (334) 262-1850 Telephone
> (334) 262-1889 Fax
> e-mail:  kdavidson@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 2nd day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participants:

Tangela L. Denman
Hope Harbor
1831 Noble Street
Anniston, AL 36201

> s/Kelly Gallops Davidson
> OF COUNSEL