IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| TANGELA L. DENMAN | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 2:05-CV-684-T (WO) |
| COOSA COUNTY JAIL | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion to Stay Proceedings pending a ruling on the August 16, 2005 Recommendation of the Magistrate Judge that this action be dismissed as moot, it is

ORDERED that the motion (Doc. No. 11) is GRANTED.

Done this 9th day of September, 2005.

                                                  /s/Charles S. Coody
                                                  CHARLES S. COODY
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE