IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TANGELA DENMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv684-T |
| ) | (WO) |
| COOSA COUNTY JAIL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On August 16, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby adopted, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED as moot.

DONE, this the 15th day of September, 2005.

　　　　　　　　　　　　　　　　　　　　　　  /s/ Myron H. Thompson  
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE