IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TANGELA DENMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COOSA COUNTY JAIL, *et al.*, )<br>)<br>Defendants. ) | CIVIL ACTION NO.  2:05cv684-T<br>(WO) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed.

DONE, this the 15th day of September, 2005.

                                                    /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE